**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

In Re: Rogelio Guerra,

Debtor(s).

Case No. 18-31583
Chapter 13

Judge: Thorne

# NOTICE OF HEARING

To: See attached service list

**PLEASE TAKE NOTICE** that on **August 21, 2019** at **9:30 A.M.,** I shall appear in the U.S. Bankruptcy Court for the Northern District of Illinois at **219 South Dearborn, Chicago, IL, 60604, Courtroom 613** before the Honorable Judge **Thorne** and then and there present the following motion:

**NOTICE OF HEARING
OBJECTION TO CLAIM 4-1**

### Certificate of Service

The undersigned certifies that he caused a copy of the foregoing Notice and Motion to be served upon the below named parties by depositing the same in the U.S. Mail, postage pre-paid or electronically where indicated, before the hour of 5:00 P.M

| | |
|---|---|
| **Date** July 30, 2019 | **Signature** /s/ Daniel Gonzalez |
| | **Name** **Daniel Gonzalez 6285539** |
| | **Address** **Gonzalez Law Group, P.C.** |
| | **1904 S. Cicero** |
| | **Cicero, IL 60804** |

## SERVICE LIST

Marilyn Marshall, Trustee, via Clerk's Electronic Notice System

<u>Via U.S. Regular Mail</u>:

Bsi Financial Services
314 S Franklin St
Titusville, PA 16354

Ghitdotti Berger LLP,
1920 Old Tustin Ave,
Santa Ana, CA92705

Carmax Auto Finance
12800 Tuckahoe Creek Pkw
Richmond, VA 23238

Dsnb Macys
Po Box 8218
Mason, OH 45040

Fifth Third Bank
5050 Kingsley Dr
Cincinnati, OH 45227

Onemain
Po Box 1010
Evansville, IN 47706

Sears c/o CACH LLC Ronald Miller
11970 Borman Dr. Suite 250
Saint Louis, MO 63146

Wells Fargo Dealer Svc
Po Box 1697
Winterville, NC 28590

**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | |
|---|---|
| In Re: Rogelio Guerra,<br><br>Debtor(s). | Case No. 18-31583<br>Chapter 13<br><br>Judge: Thorne |

## **OBJECTION TO CLAIM 4-1**

NOW COMES, Rogelio Guerra, Debtor, by and through Debtor's attorneys, Gonzalez Law Group, P.C., and hereby moves this Honorable Court to enter an Order regarding claim 4-1; Debtor states the following:

1. That on 11/09/2018, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11.

2. This Honorable Court confirmed Debtor's Chapter 13 plan on April 3, 2019.

3. That on January 18, 2019, US Bank Trust National Association as Trustee of Cabana Series III Trust, filed a secured proof of claim, Claim 4-1, listing the pre-petition arrearage in the total amount of $219,217.06 (Part 2, Number 9). *Please see attached Exhibit A for said proof of claim.*

4. Since April 2019, Debtor's attorney has contacted US Bank Trust National Association as Trustee of Cabana Series III Trust numerous times to resolve the issue with no success.

5. Debtor objects to the pre-petition arrearage listed in Claim 4-1, Part 2, # 9, in the amount of $219,217.06.

6. Debtor respectfully requests this Honorable Court to disallow to the pre-petition arrearage listed in Claim 4-1, Part 2, # 9, in the amount of $219,217.06.

7. Debtor has filed the instant case in good faith and intends to complete the plan of reorganization.

WHEREFORE, Rogelio Guerra, Debtor, respectfully requests this Honorable Court enter an Order:

(a) disallow pre-petition arrearage listed in Claim 4-1, Part 2, # 9, in the amount of $219,217.06;

(b) and for such other and further relief as this Court deems fair and just.

Respectfully submitted,

   /s/ *Daniel Gonzalez*
Attorney for the Debtor

Daniel Gonzalez 6285539
One of the Attorneys for Debtor
Gonzalez Law Group, P.C.
1904 S. Cicero Ave., Suite #1
Cicero Illinois 60804
312-962-0416